AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

Marquis Mason
Plaintiff

v.

Sussex Hill Staff
Defendant(s)

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 07-777

I, Marquis Mason declare that I am the (check appropriate box)

• • Petitioner (Plaintiff) Movant    • • Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

FILED
NOV 28 2007
US. DISTRICT COURT
DISTRICT OF DELAWARE

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    (Yes)    • No    (If "No" go to Question 2)

    If "YES" state the place of your incarceration Howard R. Young Corr. In

    Inmate Identification Number (Required): 506146

    (P) Scanned

    Are you employed at the institution? NO   Do you receive any payment from the institution? NO

    *Attach a ledger sheet from the institution of your incarceration showing at least the past six months' transactions*

2. Are you currently employed?    • • Yes    • (No)

    a. If the answer is "YES" state the amount of your take-home salary or wages and pay period a and give the name and address of your employer.

    b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. . In the past 12 twelve months have you received any money from any of the following sources?

    | | | | |
    |---|---|---|---|
    | a. | Business, profession or other self-employment | • • Yes | • • No |
    | b. | Rent payments, interest or dividends | • • Yes | • • No |
    | c. | Pensions, annuities or life insurance payments | • • Yes | • • No |
    | d. | Disability or workers compensation payments | • • Yes | • • No |
    | e. | Gifts or inheritances | • • Yes | • • No |
    | f. | Any other sources | • • Yes | • • No |

    If the answer to any of the above is "YES" describe each source of money and state the amount received AND what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

4. Do you have any cash or checking or savings accounts? • • Yes  (•No)

   If "Yes" state the total amount $_____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?
   • • Yes  (• •No)

   If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state NONE if applicable. My Little brother and mom, Jamal Mason, Sheena Mason and my 3 year old son.

I declare under penalty of perjury that the above information is true and correct.

11-11-07                    Marquis Mason
DATE                        SIGNATURE OF APPLICANT

**NOTE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

```
RESIDENT HISTORY REPORT                                          Page 1 of 1

HRYCI
11/13/07 11:19
ST 007 / OPR SJW                                              07-777

SBI             : 506146
Resident Name   : MASON, MARQUIS
Time Frame      : 06/01/2007 13:04 - 11/13/2007 11:19

------------------------------------------------------------------------------
Date        Time    Type          ST    OPR    Receipt #      Amount    Balance
------------------------------------------------------------------------------

06/12/2007  13:39   Order         2     DDT    B172084         11.67    134.14
07/03/2007  13:51   Order         2     DDT    B174959         13.00    121.14
07/06/2007  12:07   Add           4     SEA    D71788          80.00    201.14
07/10/2007  10:46   Order         2     DDT    B175824          7.44    193.70
07/17/2007  09:43   Order         2     DDT    B176753          4.66    189.04
07/24/2007  10:40   Order         2     DDT    B177752         16.38    172.66
07/26/2007  13:40   Credit        11    WLH    K4908            6.82    179.48
08/01/2007  12:29   Order         2     DDT    B178641          9.19    170.29
08/06/2007  12:09   Add           4     gmw    D73393         100.00    270.29
08/08/2007  13:03   Order         2     DDT    B179583         10.89    259.40
08/14/2007  13:08   Order         2     DDT    B180596          3.03    256.37
08/21/2007  13:34   Order         2     DDT    B181574          5.82    250.55
08/29/2007  09:40   Order         2     DDT    B182461          4.26    246.29
09/05/2007  10:19   Order         2     DDT    B183417         10.06    236.23
09/11/2007  08:11   Rec Payment   10    bsp    J12109           0.23    236.00
09/17/2007  12:35   Order         2     DDT    B184924         10.88    225.12
09/25/2007  13:39   Order         2     DDT    B186310          4.49    220.63
10/03/2007  13:17   Order         2     DDT    B187225          9.83    210.80
10/17/2007  12:32   Rec Payment   10    bsp    J12344           0.23    210.57
10/19/2007  06:26   Order         2     DDT    B189143         11.19    199.38
10/22/2007  11:27   Credit        11    AFC    K5791            4.06    203.44
10/23/2007  12:03   Add           4     J      D77741          40.00    243.44
10/23/2007  12:39   Order         2     DDT    B190025          4.55    238.89
11/08/2007  07:44   Order         2     DDT    B191865         13.20    225.69
11/08/2007  13:37   Credit        2     DDT    B191888         13.20    238.89
11/12/2007  13:21   Order         2     AFC    B192412         13.20    225.69
```



RECEIVED
NOV 28 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE