12-11-07                           07-777(GMS)

I am Marquis Mason SBI# 506146. I am return-
ing civil action Authorization with my sign-
ature on there. I will Just like to say or
rather ask is there another way or less
money I can Pay? I am Still in Prison and I
have to buy my soap, ~~toothpaste~~ Deodorant and
other hygein Products. My only source of in-
come was from my ~~mother~~ which is now
in Prison and my Uncle which Don't send me
nothing. So if we can work something out
mainly a lesser Price for the filing fee I will
appreciate it. If not I will Just call the
lawsuit off since I can't afford it. Thank
you for your time and hearing me out Write
back and let me know.


Marquis Mason          GOD BLESS
SBI# 506146


FILED
DEC 14 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned