IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

MARQUIS MASON,                      )
                                    )
            Plaintiff,              )
                                    )
      v.                            )  Civil Action No. 07-777-GMS
                                    )
RAPHEAL WILLIAMS, SUPERVISOR        )
JILL WALTERS, AND MEDICAL           )
COMMITTE                            )
                                    )
            Defendants.             )

**AUTHORIZATION**

FILED

DEC 14 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

      I, Marquis Mason, SBI #506146, request and authorize the

agency holding me in custody to disburse to the Clerk of the

Court the initial partial filing fee of $41.13 and the subsequent

payments pursuant to 28 U.S.C. § 1915(b) and required by the

Court's order dated December 5, 2007.

      This authorization is furnished to the Clerk of Court in

connection with the filing of a civil action, and I understand

that the filing fee for the complaint is $350.00.  I also

understand that the entire filing fee may be deducted from my

trust account regardless of the outcome of my civil action.  This

authorization shall apply to any other agency into whose custody

I may be transferred.

Date: 12-11-07 , 2007.

Signature of Plaintiff



WILMINGTON DE 197

13 DEC 2007 PM 1 T

USA 41

U.S.M.S.
X-RAY

office of the

United states District Court

844 N. King Street + lockbox 18

Marquis Matson

SBI # 506146

P.O. Box 9561

Wilmington, Del, 19809