In the United States District Court
For the State of Delaware                     07-777 (GMS)

[Your Name in Capital Letters:] | Application For Appointment
MARQUIS MASON                    | of counsel
(Petitioner/Plaintiff)           | No _____

[Respondent's Name in Caps]
(Respondent/Defendants)

FILED
FEB 20 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

(a) Your Name and mailing address: Marquis Mason P.O. Box 9561, Wilm/Del. 19809

(b) Explain why you feel you need a lawyer in this case. (For example, you don't know the law well, you don't have access to a law library, you have a disability, your case is very complicated, etc. Use additional paper or include an affidavit supporting your application if necessary.) Yes I don't know the law well and have no access to the law library. Also a lawyer knows best

(c) Explain what steps you have taken to find an attorney and with what results. (Use additional paper if necessary.) I had talk to lawyer's but none handle institutional lawsuits

(d) I understand that making this application does not excuse me from litigating my case, and that it is still my responsibility to have the defendants served with summons and complaint, if I have not already done so

In the United States District Court
For the _____

| | |
|---|---|
| Your Name in CAPS | Application |
| MARQUIS MASON | For Appointment |
| (Petitioner/Plaintiff | of counsel |
| | |
| [Respondent's Name in Caps] | No. _____ |
| | |
| Respondent/Defendent | |

(d) If you need a lawyer who speaks in a language other then English, state what language you speak: _____

I declare under penalties of prejury that my answers to foregoing questions are true to the best of my knowledge.

I understand that if I am assigned a lawyer and my lawyer learns, either from myself or elsewhere, that I can afford a lawyer, the lawyer may give this info to the court.

I understand that if my answers on my application to proceed in Forma Pauperis (or affidavit in support of Application for appointment of Counsel) are false, my case can be dismissed

Dated: 02-14-08     Your signature Marquis Mason

Morquis Nugen
SBI# 506149
P.O. Box 9561
Wilm, Del. 19809

WILMINGTON DE 197
19 FEB 2008 PM 3 T

Office of the Clerk
United States District Court
844 N. King Street, Lock Box 18
Wilmington, Delaware, 19801-3570