IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARQUIS MASON, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Civ. Action No. 07-777-GMS |
| | ) |
| WARDEN RAPHEAL WILLIAMS, | ) |
| SUPERVISOR JILL WALTERS, and | ) |
| MEDICAL COMMITTEE, | ) |
| | ) |
|     Defendants. | ) |

## ORDER

WHEREAS, the plaintiff Marquis Mason filed a complaint on November 28, 2007 (D.I. 2);

WHEREAS, on February 25, 2008, an order was entered dismissing the complaint and giving the plaintiff leave to amend the complaint within thirty days from the date of the order or the case would be closed (D.I. 8);

WHEREAS, the thirty days have passed and an amended complaint has not been filed;

THEREFORE, at Wilmington this 15th day of April, 2008, IT IS ORDERED that the case is **CLOSED** for failure to file an amended complaint.

                                                CHIEF, UNITED STATES DISTRICT JUDGE

FILED

APR 1 6 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE